| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Angell, M. Faith | 2. Court or Organization<br><br>United States District Court for the Eastern District of PA | 3. Date of Report<br><br>05/12/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial  ☑ Annual    ☐ Final<br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>The Robert N.C. Nix, Sr. Federal Building<br>Suite 211, 900 Market Street<br>Philadelphia, PA 19107 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Bryn Mawr School of Social Work and Social Research |
| 2. | Executive Board Member | Temple Law Alumni Association |
| 3. | Board Member to 10/1/2010 | Lombard Swim Club (§ 501 non-profit) |
| 4. | Master | Temple American Inn of Court |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/12/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 5/14/2013 | Judicial Retirees and Survivors Admn. Annuity - Salary | $153,922.22 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Morris and Adelman, P.C. - salary to August 2013 |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Simple Simon Investment Club (SSIC) | | | | | | | | | |
| 2. - Ansys Inc. | | None | J | T | Buy | 05/06/13 | J | | SSIC |
| 3. - Avery Dennison Corp. | A | Dividend | J | T | Buy | 03/18/13 | J | | SSIC |
| 4. - Bank of Kentucky | | None | J | T | Buy | 02/04/13 | J | | SSIC |
| 5. - Bank of Kentucky | | None | | | Sold | 11/18/13 | J | | SSIC |
| 6. - Boeing Corp | A | Dividend | J | T | | | | | |
| 7. - Cerner Corp | A | Dividend | J | T | | | | | |
| 8. - Cigna Corp | | None | J | T | Buy | 05/06/13 | J | | SSIC |
| 9. - Cocoa Cola Co Com | A | Dividend | J | T | | | | | |
| 10. - CVS Corporation | A | Dividend | J | T | | | | | |
| 11. - Dover Corp. | | None | J | T | Buy | 02/07/13 | J | | SSIC |
| 12. - EMC Corp. | A | Dividend | J | T | | | | | |
| 13. - Fastenal Co | | None | | | Sold | 05/06/13 | J | | SSIC |
| 14. - First Defiance Financial Co | | None | J | T | Buy | 03/18/13 | J | | SSIC |
| 15. - General Electric | A | Dividend | J | T | | | | | |
| 16. - General Mills | A | Dividend | J | T | | | | | |
| 17. - Google | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Kimberly-Clark Corp. Com | A | Dividend | J | T | | | | | |
| 19. - Kraft Foods Inc. | A | Dividend | J | T | | | | | |
| 20. - Mercadolibre Inc. | A | Dividend | J | T | | | | | |
| 21. - Mondelez International Inc (see additional information) | A | Dividend | J | T | | | | | |
| 22. - Myriad Genetics Inc. | A | Dividend | J | T | | | | | |
| 23. - Nautilus | | None | J | T | Buy | 02/07/13 | J | | SSIC |
| 24. - Perion Network Ltd | | None | J | T | Buy | 05/06/13 | J | | SSIC |
| 25. - Perion Network Ltd. | | None | | | Sold | 11/18/13 | J | | SSIC |
| 26. - PNC Financial Serivces Group (see additional information) | A | Dividend | J | T | | | | | |
| 27. - Proctor Gmbl | A | Dividend | J | T | | | | | |
| 28. - Roche Holdings | A | Dividend | J | T | | | | | |
| 29. - Salesforce.com Inc. | | | | | Sold | 03/18/13 | J | | SSIC |
| 30. - Target Corp | A | Dividend | J | T | | | | | |
| 31. - Teva Pharmaceutical Inds Ltd. (ADR) | A | Dividend | J | T | | | | | |
| 32. - Teva Pharmaceutical Inds Ltd. (ADR) | | | | | Closed | 02/04/13 | J | | SSIC |
| 33. - Tesla Motors Inc. | | None | | | Sold | 03/18/13 | J | A | SSIC |
| 34. Lombard Swim Club | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Janney Montgmery Scott - IRA | | | | | | | | | |
| 36.   - Cypress Semiconductor Corp | | None | J | T | Buy | 01/28/13 | J | | Janney Montgomery |
| 37.   - Cypress Semiconductor Corp | | None | | | Sold | 01/30/13 | J | | Janney Montgomery |
| 38.   - Dreyfus Cash Mgmt | | None | K | T | Buy | 01/03/13 | K | | Janney Montgomery |
| 39.   - Dreyfus Cash Mgmt | | None | | | Sold | 09/09/13 | K | | Janney Montgomery |
| 40.   - Halozyme Therapeutics Inc. | A | Dividend | J | T | | | | | |
| 41.   - Halozyme Therapeutics Inc. | | None | | | Sold | 09/10/13 | J | | Janney Montgomery |
| 42.   - First Niagra Finl Group | A | Dividend | J | T | | | | | |
| 43.   - First Niagra Finl Group | | None | | | Sold | 01/28/13 | J | | Janney Montgomery |
| 44.   - Oragenics Inc. | | None | J | T | Buy | 03/26/13 | J | | Janney Montgomery |
| 45.   - Oragenics Inc. | | | | | Sold | 09/10/13 | J | | Janney Montgomery |
| 46.   - Penn West Pete Ltd | | None | | | Buy | 07/18/13 | J | | Janney Montgomery |
| 47.   - Penn West Pete Ltd | | | | | Sold | 09/10/13 | J | | Janney Montgomery |
| 48.   - Sandridge Energy Inc. | | None | | | Sold | 01/08/13 | J | | Janney Montgomery |
| 49.   - Synthetic Biologics Inc. (see additional information) | A | Dividend | J | T | | | | | |
| 50.   - Tellabs Inc. (see additional information) | | None | J | T | Buy | 01/03/13 | J | | Janney Montgomery |
| 51.   - Ziopharm Oncology Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Ziopharm Oncology Inc. | | None | | | Sold | 09/10/13 | J | | Janney Montgomery |
| 53. PNC Investments - 401K | | | | | | | | | |
| 54. - SPDR Barclays Capital Intl ETF | | None | J | T | Buy | 10/09/13 | J | | PNC Investments |
| 55. - Franklin Floating Rate Daily A | | None | J | T | Buy | 10/31/13 | J | | PNC Investments |
| 56. - Metropolitan West FDS | | None | J | T | Buy | 10/31/13 | J | | PNC Investments |
| 57. - PIMCO FDS | | None | J | T | Buy | 10/31/13 | J | | PNC Investments |
| 58. - Mainstay FDS TR | | None | J | T | Buy | 11/19/13 | J | | PNC Investments |
| 59. - Artisan Mid Cap Value Fund | | None | J | T | Buy | 11/21/13 | J | | PNC Investments |
| 60. - Cohen & Steers Realty Shaires | | None | J | T | Buy | 12/12/13 | J | | PNC Investments |
| 61. - Fidelity Advisor Small Cap Fun | | None | J | T | Buy | 12/16/13 | J | | PNC Investments |
| 62. - Prudential Jennison Mid Cap Growth CL Z | | None | J | T | Buy | 12/14/13 | J | | PNC Investments |
| 63. - Lord Abbett International Core Equity Fund | | None | J | T | Buy | 12/18/13 | J | | PNC Investments |
| 64. - Dodge & Cox Stock Fund | | None | J | T | Buy | 12/19/13 | J | | PNC Investments |
| 65. - JPMorgan Emerging Markets Equity Fund | | None | J | T | Buy | 12/20/13 | J | | PNC Investments |
| 66. - Vanguard World FD | | None | J | T | Buy | 12/27/13 | J | | PNC Investments |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1VII Investments:

Please Note: I recently received a new computer and had to install the program anew. Information from 2012 Report could not transfer.

Lines 1-33 are held by the SSIC Investment Club. The total value is $80,050.14. My percentage is 14.51%.

Line 21- Mondelez was erroneously omitted from previous report - included in this report.

Line 26 - PNC's name/information corrected.

Line 34 - Lombard Swim Club is a separate entity - not part of SSIC/Janney Montgomery or PNC.

Line 49 - Synthetic Biologics sold on 12/24/2012 with a code of J (Janney Montgomery Scott). This will not appear in the 2014 Report.

Line 50 - Tellabs Inc., at present there is no further information and I am no longer with Janney Montgomery. I assume that this was sold. As to the date sold, it is unknown. The code should be J. This will not appear on the 2014 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ M. Faith Angell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544